FILED

JUL 19 2024

MOLLY C. DWYER, CLERK
U.S. COURT OF APPEALS

UNITED STATES COURT OF APPEALS

FOR THE NINTH CIRCUIT

RHONDA JOHNSON PAWNELL,

    Plaintiff - Appellant,

v.

UNIVERSAL MUSIC GROUP, INC.,

    Defendant - Appellee.

No. 24-3697

D.C. No. 8:23-cv-01255-DOC-KES
Central District of California, Santa Ana

ORDER

Before: BADE, LEE, and FORREST, Circuit Judges.

A review of the record demonstrates that this court lacks jurisdiction over this appeal because the June 6, 2024 notice of appeal was not filed within 180 days after the district court's final order entered on July 31, 2023. *See* 28 U.S.C. § 2107(a); *United States v. Sadler*, 480 F.3d 932, 937 (9th Cir. 2007) (requirement of timely notice of appeal is jurisdictional); *see also Stratton v. Buck*, 697 F.3d 1004, 1007 (9th Cir. 2012) ("[w]here there is no separate judgment, pursuant to Fed. R. App. P. 4(a)(7)(A)(ii), we deem the entry of judgment to be 150 days after the entry of an appealable final order."). Consequently, this appeal is dismissed for lack of jurisdiction.

**DISMISSED.**